UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA ) Case No: 2:17-cr-00117-NT

v.

MST MINERALIEN SCHIFFAHRT SPEDITION UND TRANSPORT GMBH, et al.,

**GOVERNMENT'S RESPONSE TO DEFENDANTS' FIRST MOTION TO CONTINUE TRIAL; AND MOTION TO EXTEND TIME TO FILE**

Now comes the United States of America, by its undersigned attorneys, and respectfully submits this omnibus response to Defendants' First Motion to Continue Trial and Motion to Extend Time to File.

1. In May 2017, Defendants learned that illegal discharges of oil occurred from the *M/V Marguerita*, a vessel it owned and operated.

2. On July 7, 2017, a United States Coast Guard inspection occurred aboard the *M/V Marguerita* in Portland, Maine, pertaining to the illegal discharges.

3. On August 22, 2017, Defendants were indicted for offenses related to the illegal discharges.

4. On September 8, 2017, an initial appearance was held and an initial scheduling order was discussed with the Court. At that time, the parties agreed that pre-trial motions would be due October 23, 2017, and trial would be scheduled for the Court's November term. The parties acknowledged that the November trial date was unlikely, as Defendants' pre-trial motions would continue the trial date.

5. Defendants now seek to continue both the pre-trial motions deadline and the trial date.

6. The government is opposed to continuing both the pre-trial motions deadline and the trial date. Although the government is not opposed to continuing the trial date to a later term, the government respectfully submits that continuing both the pre-trial motions deadline and the trial date will effectively create two trial continuances. The first would be the result of Defendants' instant motions to continue, the second would be the result of the later filed substantive pre-trial motions. Although trial need not occur with haste, the government submits that it has an interest in avoiding unnecessary delays.

6. Furthermore, Defendants' have not articulated any basis to continue the pre-trial motions deadline to November 6, 2017. Defendants have known of the issues aboard their vessel for almost six months, have known of the charges in the indictment for two months, and have had eight weeks from the date the indictment was returned to prepare their pre-trial motions. Notably, Defendants have repeatedly advised the Court that the motions were being prepared. Despite being characterized as novel, the government anticipates these motions will address issues repeatedly litigated in other circuits. Viewed in its totality, Defendants offer no basis to continue the pretrial motions deadline and allow them approximately three months to file pre-trial motions.

**CONCLUSION**

WHEREFORE, for the foregoing reasons, the government respectfully requests this Honorable Court deny the Defendants' First Motion to Continue Trial and Motion to Extend Time to File, and continue the trial date following the submission of Defendants' substantive motions on October 23, 2017.

Date: October 18, 2017

RICHARD MURPHY
ACTING UNITED STATES ATTORNEY

JEFFREY H. WOOD
ACTING ASSISTANT ATTORNEY GENERAL
United States Department of Justice
Environment and Natural Resources Division

Date: October 18, 2017

*/s/ Shane N. Waller*
Shane N. Waller
Trial Attorney, Environmental Crimes Section
601 D St. NW
Washington, DC 20009
(202) 305-0362
shane.waller@usdoj.gov

*/s/ John Cashman*
John D. Cashman
Trial Attorney, Environmental Crimes Section
601 D St. NW
Washington, DC 20009
(202) 307-0594
john.cashman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have this electronically filed the foregoing response with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

George Michael Chalos
Chalos & Co, P.C.
Email: gmc@chaloslaw.com

Date: October 18, 2017

*/s/ Shane N. Waller*
Shane N. Waller
Environmental Crimes Section
United States Dept. of Justice