# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:17-cr-00117-NT |
| ) | |
| MST MINERALIEN SCHIFFAHRT ) | |
| SPEDITION UND TRANSPORT ) | |
| GMBH, et al., ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendants' motions to continue the pretrial motions deadline and trial. The defendants have represented: that defense counsel requires additional time to submit pretrial motions and prepare for trial. The government has represented that it does not object to the requested trial continuance, but does object to continuance of the pretrial motions deadline.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested extension of time and continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendants' Motions are hereby **GRANTED**.

2. The pretrial motions deadline is extended from October 23, 2017, to November 6, 2017.

3. The time period between October 23, 2017, and January 8, 2018, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated at Portland, Maine, this 20th day of October, 2017

/s/ Nancy Torresen
Nancy Torresen
U.S. Chief District Judge